# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAILEY | CIVIL ACTION |
| VERSUS | |
| BP | 20-745-SDD-RLB |

## RULING

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 28, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the *Motion to Transfer Venue* is hereby GRANTED, and this action shall be TRANSFERRED to the U.S. District Court for the Eastern District of Louisiana, Judge Carl Barbier, presiding in *In Re: Oil Rig Deepwater Horizon in the Gulf of Mexico*, on April 20, 2010, MDL No. 2179.

Signed in Baton Rouge, Louisiana on January 26, 2021.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 9.