IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD DAILEY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 1:21-CV-00360-KD-MU-C |
| **BP EXPLORATION & PRODUCTION, INC.,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Defendants BP Exploration and Production, Inc. and BP America Production Company and against Plaintiff Reginal Dailey.

DONE and ORDERED this 27th day of May 2022.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                CHIEF UNITED STATES DISTRICT JUDGE